UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEJMAN MOJTABA BEHZAD,

Plaintiff,

v.

SERGIO ALBARRAN, et al.,

Defendants.

Case No. 26-cv-05707-AMO

**ORDER TRANSFERRING CASE**

On June 12, 2026, Petitioner Pejman Mojtaba Behzad ("Petitioner") was arrested by U.S. Immigration and Customs Enforcement at the San Jose Field Office. He filed this petition for a writ of habeas corpus and motion for a temporary restraining order challenging his continued detention. In its response to the petition, the government contends that this Court may lack jurisdiction, as Petitioner is currently in custody at a detention facility in California, City, CA, which lies within the Eastern District of California. Dkt. No. 8. In his traverse, Petitioner asserts that Respondents have not established that, at the time of the filing of his petition, he was outside the Northern District of California. Dkt. No. 9 at 3. However, in the absence of any supporting caselaw from Petitioner, and in an abundance of caution, this Court must order this action transferred to the Eastern District of California, as that is the district of detention. *See Doe v. Garland*, 109 F.4th 1188, 1199 (9th Cir. 2024) (concluding that the district court erred in exercising jurisdiction over petition due to petitioner's failure to file in the district of confinement).

///

///

///

Accordingly, this action is hereby **TRANSFERRED** to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: June 17, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California